UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENARDO D. HERNANDEZ,

          Petitioner,

v.

SCOTT SPEER,

          Respondent.

CASE NO. C25-0026 BHS

ORDER

THIS MATTER is before the Court on its own motion, following its Order adopting Judge Peterson's Report and Recommendation (R&R), Dkt. 8, denying petitioner Hernandez's application to proceed *in forma pauperis*, and requiring Hernandez to pay the filing fee by March 28, 2025. Hernandez has not done so. The matter is **DISMISSED** without prejudice.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 31st day of March, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1