UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENARDO D. HERNANDEZ,

              Petitioner,

   v.

SCOTT SPEER,

              Respondent.

CASE NO. C25-0026 BHS

ORDER

THIS MATTER is before the Court on limited remand from the Ninth Circuit, for this Court to determine whether pro se petitioner Hernandez is entitled to a certificate of appealability under 28 U.S.C. § 2253(c). Dkt. 13 (citing Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997)).

Magistrate Judge Peterson correctly concluded that Hernandez had the financial ability to pay the $5.00 filing fee, and recommended the Court deny his application to proceed *in forma pauperis*. Dkt. 6. Her Report and Recommendation (R&R) recommended the Court give Hernandez 30 days to pay the filing fee. This Court adopted the R&R, Dkt. 8, and Hernandez did not pay the filing fee. Even if he had, his proposed

ORDER - 1

1  habeas petition, Dkt. 1, does not make a substantial showing of the denial of a
2  constitutional right. The Court will NOT issue a certificate of appealability.
3  **IT IS SO ORDERED**.
4  Dated this 14th day of July, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2